IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos.  CV-05-117-S-BLW |
| | ) | CR-03-88-S-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| ROBERT AARON JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the Court's Memorandum Decision and Order filed herewith,

IT IS HEREBY ORDERED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by ROBERT AARON JOHNSON (Docket No. 1) is DISMISSED.

DATED:  **December 1, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**